UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 24-50013          BK◯ AP ◉

If AP, related BK case number: 24-10140

**Title of Order Appealed:** Memorandum Order Denying Motion to Reconsider and Amend Judgment; Judgment Order

**Docket #:** 483; 388          **Date Entered:** 7/8/25; 3/14/25

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ | **Notice of Appeal** | **Docket #:** 484 | **Date Filed:** 7/9/25 |
| ☐ | **Amended Notice of Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Cross Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Motion for Leave to Appeal** | **Docket #:** | **Date Filed:** |
| ☐ | **Request for Certification of Direct Appeal** | **Docket #:** | **Date Filed:** |

**Appellant/Cross Appellant:**

Camshaft Capital Fund, LP
Camshaft Capital Advisors LLC
Camshaft Capital Management
Riju Ravindran

**Appellee/Cross Appellee**

BYJU's Alpha Inc

**Counsel for Appellant/Cross Appellant:**

Julia B Klein
225 W 14th St, Suite 100
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Robert S Brady
Kenneth J Enos
1000 N King St
Wilmington, DE 19801

| | | | | |
|---|---|---|---|---|
| **Filing fee paid?** | **Yes** ◉ | **No** ◯ |
| **IFP application filed by applicant?** | **Yes** ◯ | **No** ◉ |
| **Have additional appeals of the same order been filed?** | **Yes** ◯ | **No** ◉ |
| ***If Yes, has District Court assigned a Civil Action Number?** | **Yes** ◯ | **No** ◉ |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**   ***See Additional Attorneys listed on notice of appeal.

*I hereby certify that all designated items are available electronically through CM/ECF.*

/s/ Kimberly Ross

**Date:** 7/10/25             **by:**_____

                                        **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    25-29